F.#2010R01744

# United States District Court

_____ EASTERN _____ **DISTRICT OF** _____ NEW YORK _____

**FILED**

UNITED STATES OF AMERICA
IN CLERK'S OFFICE
~~COURT E.D.N.Y~~

★ APR 17 2014 ★ **WAIVER OF INDICTMENT**

SANT SINGH CHATWAL    BROOKLYN OFFICE    **CASE NUMBER:** 14 CR 00143 (ILG)

Defendant(s).

I, _____ SANT SINGH CHATWAL _____ , the above named defendant, who is accused of

one count of conspiracy to violate The Federal Election Campaign Act of 1971, as amended, 2 U.S.C. §§ 431 et seq., in violation of 18 U.S.C. §371 and one count of witness tampering, in violation of 18 U.S.C. § 1512(b)(3)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ April 17, 2014 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before:    s/l Leo Glasser
_____
*Judicial Officer*