# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.    DATE: __APRIL 17, 2014__    TIME: __11:00 a.m.__

DOCKET #: CR-14-143 (ILG)    TITLE: *U.S.A. v. Sant Singh Chatwal*

CR: __Ronald Tolkin__    DEPUTY CLERK: Stanley Kessler

INTERPRETER: _____    AUSA: Martin Coffey & Carolyn Pokorny

DEF'T #1 NAME: Sant Singh Chatwal    ATT'Y: Jonathan S. Sack, Esq. - Ret.
                                            Adam L. Pollock, Esq. - Ret.

✓ Present _ Not Present ✓ On Bond    ✓ Present _ Not Present

### CRIMINAL CAUSE FOR ARRAIGNMENT AND PLEADING

✔ Case called.

✔ Defendant present with counsel Jonathan S. Sack, Esq. and Adam L. Pollock, Esq. AUSA Martin Coffey and AUSA Carolyn Pokorny present for the Government.

✔ The defendant is sworn.

✔ The defendant is arraigned and, after being advised of his rights by the Court, executes a waiver of indictment and enters a plea of guilty to counts (1) and (2) of an information.

✔ The Court finds that the plea is made knowingly and voluntarily and that there is a factual basis for the plea, and accepts the plea.

✔ Sentencing is scheduled for 7/31/2014 at 10:30 a.m.

✔ An appearance bond is signed, setting bond at $750,000 PRB, secured by the defendant's home and two co-signers, who will sign the bond within one week.

✔ A notification of the conviction is transmitted to the Probation Department.

TIME: __1/30__