

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG:MEC
F. #2010R01744

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2014

<u>By ECF</u>

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Sant Singh Chatwal
>        <u>Criminal Docket No. 14- 143(ILG)</u>

Dear Judge Glasser:

The government respectfully requests an adjournment of the sentencing in this matter from November 19, 2014 to December 18, 2014 at 11:00 A.M.   The government requests this adjournment in order to obtain additional time to respond to the defendant's sentencing memorandum.   I have communicated with defense counsel and he consents to this application for an adjournment.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:   <u>   /s/                              </u>
Martin E. Coffey
Assistant U.S. Attorney
(718) 254-6157

*So ordered*
*J. ... /J ≤ D J*
*11/12/14*

cc.   Jonathan Sack, Esq.
Attorney for the Defendant

Michele Espinoza
Senior U.S. Probation Officer