RECEIVED 12/10/14



Stephanie Clifford
The New York Times
620 8th Avenue
New York, N.Y. 10018
sclifford@nytimes.com
212-556-1434

U.S. District Judge I. Leo Glasser
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

December 10, 2014

Dear Judge Glasser,

I cover Brooklyn courts for the New York Times and will be covering the sentencing of Sant Singh Chatwal next week in the Eastern District.

I'm writing to respectfully request that a copy of a video, docket #25 in case #14-cr-143, be made available to me. It is not sealed and was submitted as part of the public sentencing record for the defendant, but is not available via PACER.

As you know, the press and public have a presumptive right of access to judicial proceedings and filings, and it seems this publicly filed video ought to be among those.

I'm happy to take any logistical steps required, e.g. providing you or your clerks with a CD-ROM in order to obtain a copy of the video – just let me know what is necessary.


Thank you,

Stephanie Clifford
The New York Times

*Referred to Clerk of Court, Douglas Palmer 12/11/14*