# Morvillo Abramowitz Grand Iason & Anello P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO•••
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK•••
JONATHAN S. SACK••
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION
(212) 880-9410
jsack@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES•

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

•ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
••ALSO ADMITTED IN CONNECTICUT
•••ALSO ADMITTED IN WASHINGTON, D.C.

May 8, 2015

**BY ECF AND FEDERAL EXPRESS**

The Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Sant Singh Chatwal, 14 CR 143 (ILG)

Dear Judge Glasser:

      This letter is submitted on behalf of Sant Singh Chatwal. With the concurrence of the Probation Department, we are writing to request a further expansion of Mr. Chatwal's permission to travel – specifically, to permit Mr. Chatwal to travel abroad generally without seeking Court approval on each occasion, so long as he receives the prior approval of the Probation Department for each trip.

      In late January, at Mr. Chatwal's request, the Court issued an Order permitting him to travel to India, Canada and England, and throughout the United States, without prior Court order so long as he received prior approval from the Probation Department. Since that time, Mr. Chatwal has traveled to India for several weeks (along with brief visits to China and Thailand permitted by the Court), during which he had meetings with leaders of several charitable and social service organizations that he has supported for many years. Following his return to New York, Mr. Chatwal has continued his community service work with Friends of Island Academy, where he has already performed more than 200 hours of his 1,000-hour requirement.

      In recent weeks, Mr. Chatwal has received invitations to meet with additional organizations (in other countries) which he has similarly supported in the past. While he has no immediate plans to travel, we anticipate that Mr. Chatwal will receive additional invitations and

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable I. Leo Glasser
May 8, 2015
Page 2

wish to visit countries in addition to India, Canada and England in the relatively near future and more generally during the term of his probation. These trips will generally relate to his social service work, but may also be tied to personal and business interests.

We have discussed Mr. Chatwal's anticipated travel requests with Mr. Chatwal's probation officer, Michael Cox, who is copied on this letter. Specifically, we suggested to Mr. Cox that, rather than seeking Court permission for each request to travel, we would request generalized Court permission for Mr. Chatwal to travel internationally so long as he receives prior approval of the Probation Department. Mr. Cox indicated that this would be acceptable to the Probation Department. We therefore respectfully make that request to the Court by this writing.

We have consulted with AUSA Coffey regarding this request, and the government does not have an objection.

We enclose a proposed order, permitting international travel without further intervention by the Court, for the Court's consideration. We appreciate Your Honor's attention to this matter and will be glad to address any questions or concerns the Court might have.

Respectfully Submitted,

Jonathan S. Sack

Enclosure

cc: Assistant U.S. Attorney Martin Coffey (By ECF and Email)
United States Probation Officer Michael Cox (By Email)
United States Probation Officer Theresa Maisano (By Email)